# CIVIL COVER SHEET FOR A PRISONER CASE

1:15-CV-4153

See 1:87-CR-369-2-JOF

JUDGE: Forrester
MAG. JUDGE: Chancey
DATE FILED: November 27, 2015

DIVISION: Atlanta
IFP: N   FEE: N
PREVIOUS CASES: Y

NAME: James Wilborn   I.D. #: Unknown
PRO SE: ✓   ATTORNEY: 
PLACE OF INCARCERATION: Dekalb County Jail
CITY: Decatur   STATE: GA   COUNTY: Dekalb

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | 28:1332 | Any prisoner action based on diversity. |
|  | 540 |  | OTHER: |

_____ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____ Pauper's affidavit insufficient or no affidavit
_____ Complaint or petition not signed or is incomplete
_____ No copies
_____ Other: _____

WSD
RGV
42:1983pr
550

JAMES WILBORN
4423 MEMORIAL DR.
DECATUR GA 30032

1:15-CV-4153

UNITED STATES DISTRICT COURT
75 SPRING STREETS S.W.
ATLANTA GA 30335

CLEARED
NOV 27 2015
U.S. Marshals
Atlanta Ga

25 NOV 2015 PM 10 L
ATLANTA METRO GA

3030333 1861