TO: UNITED STATES DISTRICT COURT CLERK       1/1/17
From: James Wilborn - Civil Case #:1:15-CV-04153-WSD-RGV

I'm writing to Alert the Courts of my Address change: James Wilborn
Telfair State Prison
210 Longbridge Road
Helena Georgia 31037.

Also If there's any update on my case can you all forward them to this address.

Thanks.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN - 5 2017

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

James Wilborn # 1271981
Telfair State Prison
210 Longbridge Road
Helena, Georgia 31037

TELFAIR STATE PRISON
P.O. BOX 549
MCRAE-HELENA, GA 31037

MACON GA 310

03 JAN 2017 PM 1 L



Office of THE CLERK
UNITED STATES DISTRICT COURT
211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W
ATLANTA, GEORGIA 30303-3318

303033361 C039