IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES CARL WILBORN
PLAINTIFF
VS.
LT. GRAHAM AND OFFICER
DOZIER,
  DEFENDANTS.

CIVIL ACTION FILE
NO. 1:15-CV-4153-
WSD-RGV

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 19 2017
JAMES N. HATTEN, Clerk
By: S. Crawson, Deputy Clerk

### JAMES WILBORN'S STATEMENT OF Material Facts

Comes now Plaintiff James Wilborn, submit these material facts to which Plaintiff contends their is a genuine issue to be tried and shows this Honorable court as follows:

**1.**

LT. Graham Affidavit and Incident report has discrenpencies with in itself which cast doubt on his probable cause to use the taser. LT. Graham and Sgt. Howard could have handled the situation more professionally by assisting Plaintiff with his complaint.

**2.**

LT. Graham Affidavit (Document 25-3 pages 1 of 38 - 8 of 35) tries to hide the fact that he heard Plaintiff inform Sgt. Howard that he was assaulted by officer Dozier and wanted to make a

report and press charges for his injuries LT. Graham specifically stated: On April 29, 2014 he was assigned as a supervisor for Seven East. During his security check of 7SE he arrived on the floor at approximately 12:26 pm and heard some one banging and kicking on the Pod door. Graham AFF ¶5 Trying to make Plaintiff out to Be aggressive time he arrived on the floor. Which is not true.

3.

LT. Graham Incident Report (Document 25-3 page 10 of 38) states that LT. Graham arrived to the floor while Sgt. Howard was haveing a discussion with Plantiff. (Not Banging and Kicking on Pod door, But haveing a discussion). Then Sgt. Howard concluded the discussion and apparently Plaintiff became upset. Then Lt. Graham Admitts that from the control tower he observed the plaintiff removing his clothes.

4.

Also in Lt. Graham answer to the civil rights complaint, (Document 22, (pages 1 of 11) Lt. Graham denied all allegations that he then admitted to in the incident report and the Affidavit.

5.

Also Plantiff pleads for an extentsion if its needed due to his incarceration and that he received this Summary of Judgement on 3/28/17 6days after it was Filed with the court.

6.

Also Plantiff has more material Facts: That he has not yet a chance to receive, that he will now order the Jail to oBtain for him:
- Inmates statements
- Sgt. Howard & officer Allen & officer Hayes statements
- Camera Footage
- Medical Records
- Officer Dozier statements/camera Footage/ pictures of me / All information on that Indicdent Report
- Also I have one witness (Inmate) that was there: James Clark.

7.

Last but not Least. LT. Graham admitted to taseing plaintiff while in the shower under running water. Violating his 4th amendment Cruel and unusual punishment.

<u>Conclusions</u> For the aforementioned reasons James WilBorn respectfully requests that the defendant

Lt. Graham don't Be granted qualified immunity and summary judgement.

Respectfully submitted this 10th day of April 2017.

*James Wilborn*
James Wilborn
GDC #1271981
Telfair State Prison
210 Longbridge Road
Helena, Ga 31037

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing  James Wilborn's Statement of facts upon the party listed below prior to filing the same via first class U. S. Mail.

Submitted this 10th day of April, 2017

s/ James Wilborn
/N/ James Wilborn
GDC 1271981
Telfair State Prison
P.O. Box 549
Helena, Ga 31037

Party Served:
L.T. Graham
Nikisha L. Mcdonald
Dekalb County law department
1300 Commerce Drive 5th Floor
Decatur Ga 30030

James Wilborn
GDC #1271981
Telfair State Prison
210 Longbridge Road
Helena, GA 31037

TELFAIR STATE PRISON
MCRAE-HELENA, GA 31037

MACON GA 310

17 APR 2017 PM 2 L





Office of the Clerk
United States District Court
211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3318

30303-330894